# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

FILED
Scott L. Poff, Clerk
United States District Court
By mgarcia at 1:40 pm, Oct 23, 2019

| | |
|---|---|
| CHRISTOPHER ALLEN LARKIN HILL, | * |
| Plaintiff, | * CIVIL ACTION NO.: 2:19-cv-105 |
| v. | * |
| JUDGE STEPHEN SCARLETT; GARNETT HARRISON; and JACQUELINE FORTIER, | * |
| Defendants. | * |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 10. Plaintiff did not file Objections to this Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation and **DENIES** Plaintiff's Motion for Emergency Temporary Restraining Order. Dkt. No. 4.

SO ORDERED, this 23 day of October, 2019.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA